**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

IN THE MATTER OF THE SEARCH OF:

INFORMATION ASSOCIATED WITH
KIK ACCOUNT USERNAMES
"SEXFREACKDANNY" AND
"FORDF150DANNY" THAT IS STORED
AT PREMISES CONTROLLED BY
MEDIALAB.AI INC.

Case No. 2:25-MJ-00862-DJA

**ORDER**

Based on the Motion of the Government, and good cause appearing therefore,

IT IS HEREBY ORDERED that the instant case shall be unsealed.

DATED this _____19th_____ day of March 2026.

_____
HONORABLE DANIEL ALBREGTS
UNITED STATES MAGISTRATE JUDGE

1